IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK C. BARNUM,

    Petitioner,     No. CIV S-03-1385 LKK JFM P

    vs.

ARTHUR CALDERON, Warden,

    Respondent.     ORDER
_____/

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 6, 2004, respondent lodged portions of the state court record. A review of the 42 page Reporter's Transcript on Appeal, Volume 1, from the March 24, 1998 hearing reflects that page 24 is missing. Page 24 contains testimony concerning the <u>Marsden</u> hearing at issue herein. Respondent will be directed to provide the court with a copy of page 24.

    Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this order, respondent shall file a copy of page 24 from the March 24, 1998 hearing.

DATED: April 13, 2007.

                                               UNITED STATES MAGISTRATE JUDGE

/001; barn1385.fb