IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK C. BARNUM,** | CIV-S-03-1385 LKK JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **ARTHUR CALDERON (WARDEN),** | |
| Respondent. | |

Respondent has requested an enlargement of time to file a response to this court's April 13, 2007 order, ordering that respondent shall file a copy of page 24 from the March 24, 1998 hearing.  Good cause appearing, IT IS HEREBY ORDERED that respondent's May 2, 2007 request for an enlargement of time is granted, and respondent shall file a response to this Court's April 13, 2007 order on or before July 2, 2007.

Dated: May 7, 2007.

UNITED STATES MAGISTRATE JUDGE

/barn1385.eot

[Proposed] Order

1