IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK C. BARNUM,

    Petitioner,                    No. CIV S-03-1385 LKK JFM P

    vs.

CALDERON, Warden, et al.,

    Respondents.                ORDER

_____/

    Petitioner has filed two requests for a ninety day extension of time to file and serve objections to the June 11, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's June 25, 2007 requests for an extension of time are granted (docket nos. 24 & 25); and

    2. Petitioner is granted ninety days from the date of this order in which to file and serve objections to the June 11, 2007 findings and recommendations.

DATED: July 3, 2007.

UNITED STATES MAGISTRATE JUDGE

/mp/001; barn1385.111