IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK C. BARNUM,

    Petitioner,               No. CIV S-03-1385 LKK JFM P

    vs.

CALDERON, Warden, et al.,

    Respondents.             <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file and serve objections to the June 11, 2007 findings and recommendations. Good cause appearing, the request will be partially granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's September 24, 2007 request for an extension of time is partially granted; and

        2. Petitioner is granted sixty days from the date of this order in which to file and serve objections to the June 11, 2007 findings and recommendations. No further extensions of time will be granted.

DATED: October 9, 2007.

                                    UNITED STATES MAGISTRATE JUDGE

/mp/001
barn1385.111sec